IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTHONY COFFMAN, individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:13-cv-05190 |
| v. | ) ) |
| GLIDE TALK, LTD., an Israeli company, | ) ) |
| Defendant. | ) ) ) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO FILE AN INITIAL RESPONSE TO THE COMPAINT**

Defendant Glide Talk, Ltd. ("Glide"), by and through its attorney Ed Mullen, Esq., hereby moves for an extension of time through October 7, 2013, to file its initial response to the Complaint in the above-referenced matter. This Motion is unopposed by Plaintiff's counsel. In support of this Motion, Glide states as follows:

1. The Complaint in this case was filed on or about July 19, 2013 and served on Glide on or about August 19, 2013.

2. Glide's initial response is currently due on September 9, 2013.

3. Counsel for Plaintiff and Glide have agreed to meet during September to discuss the substance of Plaintiff's Complaint to determine whether litigation may be averted or the legal and factual issues narrowed.

4. Accordingly, counsel for Plaintiff and Glide have agreed to this Motion to extend the

time for Glide to respond to Plaintiff's Complaint to October 7, 2013.

      WHEREFORE, Glide requests that this Court grant its Motion and enter an Order extending the time for Glide to respond to the Complaint to October 7, 2013.

Dated: September 4, 2013          Respectfully submitted,

                              By: _____/s/_____
                                  One of Glide Talk, Ltd.'s Attorneys

Ed Mullen, Esq.
2129 N. Western Ave.
Chicago, IL 60647
312-342-8972

*Attorney for Defendant Glide Talk, Ltd.*