**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY COFFMAN, individual and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-05190 |
| GLIDE TALK, LTD., an Israeli company, | ) ) | Honorable John Z. Lee |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

In accordance with the Court's February 24, 2014 Order (Dkt. 54), Plaintiff Anthony Coffman ("Plaintiff") and Defendant Glide Talk, Ltd. ("Defendant") through their respective attorneys of record, submit the following Joint Status Report:

1. In the time since the Court granted the parties' motion to stay pending mediation (Dkt. 49), the parties have been diligently discussing the possibility of a global settlement.

2. To that end, on March 18, 2014, the parties attended a formal mediation in Chicago, Illinois before the Honorable Judge Wayne Andersen (ret.) of JAMS.

3. Although the parties made substantial progress towards potentially reaching a resolution at (and since) the mediation, they require an additional fourteen days to continue their negotiations with Judge Andersen's assistance to determine whether they can achieve a settlement at this time.

4. As such, to allow the further mediation process described above to be completed, the parties respectfully request a continued stay of all pre-trial deadlines for an additional fourteen days, up through and including April 7, 2014, at which time the parties shall submit a

joint status report advising the Court on the status of settlement.

5. The proposed seven-day extension of the stay will not prejudice any of the parties and is not meant for purposes of delay.

WHEREFORE, Plaintiff Anthony Coffman, and Defendant, Glide Talk, Ltd., respectfully request that the Court enter and Order (1) granting the requested extension of the stay of discovery and other deadlines for fourteen days, up to and including April 7, 2014, (2) requiring the parties to file a joint status report with the Court by April 7, 2014, and (3) for such other and further relief as the Court deems equitable and just.

Dated: March 24, 2014

Respectfully Submitted,

By: /s/   Ari J. Scharg
   One of Plaintiff's Attorneys

Ari J. Scharg
aschard@edelson.com
John C. Ochoa
jochoa@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Coffman and the Putative Class*

By: /s/   Virginia Bell Flynn
   One of Defendant's Attorneys

Chad R. Fuller (Ca. 190830)
TROUTMAN SANDERS LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130
Telephone: (858) 509-6056
Facsimile:  (858) 509-6040
chad.fuller@troutmansanders.com

Alan D. Wingfield (VSB No. 27489)
Virginia Bell Flynn (VSB No. 79596)
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
P. O. Box 1122
Richmond, Virginia 23218
Telephone: (804) 697-1350
Facsimile:  (804) 698-5172
alan.wingfield@troutmansanders.com
virginia.flynn@troutmansanders.com

Tyler S. Mertes (IL Bar No. 6283522)

                                                  TROUTMAN SANDERS LLP
                                                  55 West Monroe Street, Suite 3000
                                                  Chicago, Illinois 60603
                                                  (312) 759-5948 (telephone)
                                                  (773) 877-3742 (facsimile)
                                                  tyler.mertes@troutmansanders.com

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of March 2014, service of a true and complete copy of the Joint Status Report was served on all Parties via the CM/ECF system.

/s/ Virginia Bell Flynn
Virginia Bell Flynn (VSB No. 79596)
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
P. O. Box 1122
Richmond, Virginia 23218
Telephone: (804) 697-1350
Facsimile: (804) 698-5172
virginia.flynn@troutmansanders.com

21925015v3