## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Anthony Coffman
                      Plaintiff,

v.                                            Case No.: 1:13−cv−05190
                                               Honorable John Z. Lee

Glide Talk, Ltd.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2014:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the Joint Stipulation for Dismissal [doc. no. 59] stating that the parties have reached a class−wide settlement that will be effectuated through the Circuit Court of Cook County, the Court dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.